**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cell Science Systems Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1728211** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **852 S. Military Trail** **Deerfield Beach, FL 33442** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cell Science Systems Corporation**
_____     Case number (*if known*) _____
                Name

**7.** **Describe debtor's business**     A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__6215__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------|------|-------|-------------|-------|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|--------|-------|--|--------------|-------|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Cell Science Systems Corporation**                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Cell Science Systems Corporation**                          Case number (*if known*) _____
      Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2018**
           MM / DD / YYYY

**X  /s/ Roger Deutsch**                              **Roger Deutsch**
Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

**X  /s/ Robert C. Furr**                              Date   **June 22, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 301E**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**          Email address   _____

**210854 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Cell Science Systems Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2018**          *X* **/s/ Roger Deutsch**
                                          Signature of individual signing on behalf of debtor

                                          **Roger Deutsch**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cell Science Systems Corporation** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey Street New York, NY 10285-3106 | | Credit Card Debt | | | | $287,257.96 |
| Boston Atlantic Technology, Inc PO BOX 2128 Westford, MA 01886 | | Product/Software Engineering | Disputed | | | $20,823.54 |
| Broward County Tax Collector Government Center Annex 115 S. Andrews Avenue, Room # A100 Fort Lauderdale, FL 33301-1895 | | Tangible Property Taxes | | | | $19,939.81 |
| D-Tech 4731 W Atlantic Ave #19 Delray Beach, FL 33445 | | Xerox | | | | $19,794.95 |
| ExamOne World Wide P O Box 201392 Dallas, TX 75320-1392 | | Phlebotomy Services | | | | $156,390.14 |
| Excalibur Lab Specialists (Qiagen) PO Box 5132 Carol Stream, IL 60197 | | Technical Services | | | | $14,800.00 |
| FEDERAL EXPRESS P.O. BOX 660481 Dallas, TX 75266-0481 | | Shipping | | | | $49,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Cell Science Systems Corporation**                      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fisher Scientific P O Box 404705 Atlanta, GA 30384** | | **Lab Supplies** | | | | **$105,143.63** |
| **GBF Inc PO Box 16128 High Point, NC 27261** | | **Test Kits** | | | | **$67,000.00** |
| **Ivy Quorum Property, LLC 102 Chestnut Ridge Rd Ste 204 Montvale, NJ 07645** | | **Amount Owed to Landlord** | **Disputed** | | | **$529,795.60** |
| **National Molding 11311 74th St North Largo, FL 33773** | | **Lab Supplies** | | | | **$39,958.00** |
| **Roger Deutsch 852 S. Military Trail Deerfield Beach, FL 33442** | | **Money Loaned** | | | | **$250,000.00** |
| **Smith Law Firm 830 North Street Baton Rouge, LA 70802** | | **Legal Services** | | | | **$21,621.13** |
| **Triumvirate Environmental 3701 SW 47th Ave Fort Lauderdale, FL 33314** | | **Waste Management** | **Disputed** | | | **$14,000.00** |
| **TUV Rheinland of North America, Inc PO Box #416473 Boston, MA 02241** | | **Regulatory Inspection and Certification** | | | | **$19,105.66** |
| **TUV SUD America Inc. 10 Centenial Dr. Peabody, MA 01960** | | **Regulatory Inspection and Certification** | | | | **$24,612.66** |
| **UPS-09582W Results PO Box 7247-0244 Philadelphia, PA 19170** | | **Delivery Service** | **Disputed** | | | **$19,139.32** |
| **Wright, Ventures 7991 N Rose Rd Delton, MI 49046** | | **Professional Services** | | | | **$30,920.83** |
| **Xerox Corporation P.O. Box #827598 Philadelphia, PA 19182** | | **Copiers** | | | | **$20,447.60** |
| **Xerox Financial Services PO Box 202882 Dallas, TX 75320** | | **Copiers** | | | | **$30,588.34** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cell Science Systems Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **410,323.02**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     **410,323.02**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $         **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **27,120.11**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   **1,939,451.73**

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

$   **1,966,571.84**

**Fill in this information to identify the case:**

Debtor name    **Cell Science Systems Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$400.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Wells Fargo Bank, N.A.** | **Operating** | **8623** | **$9,000.00** |
| 3.2.    **Wells Fargo Bank, N.A. Payroll Account** | **Checking** | **1502** | **$100.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$9,500.00** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.    **Florida Power and Light Security Deposit** | **$3,002.00** |
|---|---|

Debtor    **Cell Science Systems Corporation**                               Case number *(If known)* _____
        Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.      **Total of Part 2.**

| | |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | **$3,002.00** |

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 102,000.00 | - | 0.00 | = .... | $102,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 33,923.67 | - | 33,923.67 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

| | |
|---|---|
| Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$102,000.00** |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **See Attached List: for Raw Materials** | | $50,845.52 | N/A | $50,845.52 |
| 20. **Work in progress** **See Attached List for Work in Progress** | | $30,975.50 | N/A | $30,975.50 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Various Laboratory Supplies** | | $45,000.00 | N/A | $45,000.00 |

Debtor    **Cell Science Systems Corporation**    Case number *(If known)* _____
        Name

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.    | **$126,821.02** |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value _____ 45000 _____ Valuation method _____  Current Value _____ 0

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **See Attached List** | **Unknown** | **N/A** | **$10,000.00** |
| 40. | **Office fixtures** <br> **See Attached List** | **Unknown** | **N/A** | **$5,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **See Attached List** | **Unknown** | **N/A** | **$154,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.    | **$169,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __Cell Science Systems Corporation_____    Case number *(if known)* _____
            Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Premises Located at 832, 836, 840, 844 and 852 South Military Trail, Deerfield Beach, FL 33442.**<br><br>**Legal Description:**<br><br>**DEERFIELD COMMERCE PARK 111-15 B PORTION OF LOT 5 DESC AS:COMM SW COR LOT 5,NE 60.62 TO POB,NE 640 SE 125,E 520,SE 45,SWLY 360,SW 28.06,WLY 546.83,SW 200,W 139.38 NW 60.62 TO POB AKA: BLDG 6 PARCEL** | **LEASE** | **$0.00** | | **$0.00** |

56.      **Total of Part 9.**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

| **$0.00** |
|---|

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Cell Science Systems Corporation**                    Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>ALCAT Test | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Confidential Patient List | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**                                    | $0.00 |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor    **Cell Science Systems Corporation**                          Case number *(If known)* _____
Name

**Cell Science Systems Corporation vs. Blue Cross Blue
Shield of Louisana
US District Court Middle District
17-1658 - Civil Action
East Baton Rouge, LA**                                                              **Unknown**

| Nature of claim | **Lawsuit** |
| Amount requested | **$67,000.00** + |

---

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                        | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Cell Science Systems Corporation**          Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,002.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $102,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $126,821.02 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $169,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $410,323.02 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $410,323.02 |

## Furniture and Fixtures:

Chair
Metal picnic table
Fire safe
Chair Cherry Laminate Desk with Return
Cherry Storage Cabinet and Hutch
Workstations
Rectangular Trellis Planter
72 x 18 x 86in Adjustable Open Wire Shelving
Laminate Desk 72 X 42 with 48in Bridge Creden
Laminate Desk 30 X 66 30 or 36
Laminate L Shaped Desks 36 X 72 48in
Round 42in Laminate Conference Table
Segmented Cushion Leather Office Chair
Laminate Desk 72 X 42 with 48in Bridge
Round 42in Laminate Conference Table
Mahogany Laminate 2 Drawer Lateral
36inW 4Drawer Lateral File 52 7/8inH x 36inW
HighBack Bonded Leather Chair 48inH x 28 3/8i
Bonded Leather MidBack Chair 43 8/9inH x 26 3
HighBack Bonded Leather Chair 48inH x 28 3/8i
36inW 4Drawer Lateral File 52 7/8inH x 36inW
Segmented Cushion Leather Office Chair 7 2011
Mahogony Laminate Bookcase 48in Tall X 32in W
Mahogony Laminate Bookcase 30in Tall X 32in W
Mahogany Laminate 2 Drawer Lateral File
Stacking Banquet Chair 34inH x 18inW x 24 1/4 7
Stacking Banquet Chair 34inH x 18inW x 24 1/4 7
Traditional Tufted Conference Chair
Traditional Tufted Conference Chair
Wire Decking for Heavy Duty Pallet Rack Galv
Heavy Duty Pallet Rack with Two Storage Level
Heavy Duty Pallet Rack Addon with Two Storage
Phone
Anja Office
Barb Office
Cubicle in nutrition
Telephone Equipment
Book Shelf
Cubicles Suite 836
New Locks 832 836 840 Military
Alarm Unit 840&836)
Podium
Desks
Curtains
Fire Extinguisher Equipment

Hamilton Beach 6-Slice Toaster Oven
Panasonic NN-SN657S 1 cuft 1300 Watt Stainles
Rush Creek Rustic Pine Log 30 Pub Chairs
Rush Creek Rustic Pine Log Game Table
901-CDWC81710 Hutch
Somerset Collection in Hansen Cherry Finish
Cherryman Bowfront U desk w/Hutch
Bookcase 2 shelves/black cherry laminate
Guest Chair Black Leather Expresso

**<u>Office Equipment:</u>**

CAT 5E Data Cable runs
Computers/Software
Scanner from Billing Dept
PowerEdge R630 Server
Apple iMac-Core i5
Suite 836 Cables Wires
Apple Mac Laptop
Logitech HD Pro Webcam
Tripp Lite SU1500XL 1500VA 1200W UPS
Server Hardware package - (1) 48GB (3 X 16GB)
Lenovo THINKCENTRE M71E TOWER (3133
Tripp Lite SU1500XL 1500VA 1200W UPS Smart
Cisco WS-C2960-48TC-S 2960 48-Port 10-100
Dell Inspiron 11z Ultralight 11.6 Laptop
Quantum Technology Certified Spec 96GB 16GBx6
Seagate Barracuda 7200 4 TB 7200RPM SATA
8-PORT Int.- 6GB-S Sata+sas- Pcie 2.0- 1GB
Integrated Raid Controller 6 2012 Good 1,084
Cat 5E Data cable run from work stations
24-Port Data Patch Panel
Design Work - Analog Input and Preamp
Fujitsu Sheetfed Scanner
Vostro 270S
Wireless Router
Poweredge R320
Inspiron Notebooks
Basic Network Assessment
Scanners
Integration Suite
Cables/Installation
Inspiron Notebooks

**Cell Science Systems Corp**
**Inventory  Raw  Materials and Work In Progress**
As of June 20, 2018

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| **Inventory** | | | | | | | |
| 110225 (Electrode Holder) | 26.00 | 5.42 | 140.92 | 0.46% | 0.00 | 0.00 | 0.0% |
| 110226 (Flowcell Body) | 33.00 | 9.26 | 305.61 | 0.99% | 0.00 | 0.00 | 0.0% |
| 110227 (Electrode Disk) | -10.00 | 67.45 | -674.50 | -2.18% | 0.00 | 0.00 | 0.0% |
| 110228 (Electrode Tube) | 10.00 | 113.60 | 1,135.98 | 3.67% | 0.00 | 0.00 | 0.0% |
| 110229 (Flowcell Body Holder) | 54.00 | 7.61 | 411.06 | 1.33% | 0.00 | 0.00 | 0.0% |
| 110238 (Post, Pulley 1) | 12.00 | 12.45 | 149.58 | 0.48% | 0.00 | 0.00 | 0.0% |
| 110242 (Adapter, Pulley) | -6.00 | 9.42 | -56.57 | -0.18% | 0.00 | 0.00 | 0.0% |
| 110243 (Spacer, Y-Axis Motor Mount) | 26.00 | 10.82 | 281.29 | 0.91% | 0.00 | 0.00 | 0.0% |
| 110245 (Bracket, X-Axis) | 40.00 | 37.84 | 1,513.58 | 4.89% | 0.00 | 0.00 | 0.0% |
| 110246 (Bracket, Y-Axis) | 42.00 | 34.92 | 1,466.75 | 4.74% | 0.00 | 0.00 | 0.0% |
| 110247 (Bracket, X-Axis, Belt Driver) | -2.00 | 9.56 | -19.32 | -0.06% | 0.00 | 0.00 | 0.0% |
| 110248 (Bracket, Y-Axis Belt driver) | -4.00 | 8.08 | -32.32 | -0.1% | 0.00 | 0.00 | 0.0% |
| 110249 (Flag, X-Sensor) | 6.00 | 5.98 | 35.69 | 0.12% | 0.00 | 0.00 | 0.0% |
| 110250 (Bracket, Y-Axis sensor) | 38.00 | 12.58 | 478.22 | 1.54% | 0.00 | 0.00 | 0.0% |
| 110251 (Truck, Y-Axis) | 42.00 | 22.40 | 940.80 | 3.04% | 0.00 | 0.00 | 0.0% |
| 110252 (Guide-Rod, Y-Axis) | 6.00 | 9.83 | 58.97 | 0.19% | 0.00 | 0.00 | 0.0% |
| 110253 (Guide-Rod, X-Axis) | 50.00 | 14.79 | 739.52 | 2.39% | 0.00 | 0.00 | 0.0% |
| 110254 (Block Probe 2) | -5.00 | 36.86 | -184.31 | -0.6% | 0.00 | 0.00 | 0.0% |
| 110258 (Block, ML syringe Vol Adj) | 10.00 | 10.61 | 106.31 | 0.34% | 0.00 | 0.00 | 0.0% |
| 110259 (Arm, 2.5 ml syringe dispense) | 44.00 | 13.80 | 607.36 | 1.96% | 0.00 | 0.00 | 0.0% |
| 110261 (Rod, Guide) | 46.00 | 13.59 | 625.30 | 2.02% | 0.00 | 0.00 | 0.0% |
| 110262 (Top Holder, Syringe) | -1.00 | 5.84 | -5.84 | -0.02% | 0.00 | 0.00 | 0.0% |
| 110265 (Bushing) | 18.00 | 4.34 | 78.15 | 0.25% | 0.00 | 0.00 | 0.0% |
| 110266 (Spacer, Bearing) | 45.00 | 9.40 | 423.20 | 1.37% | 0.00 | 0.00 | 0.0% |
| 110269 (Post, Pulley 2) | 4.00 | 12.53 | 50.13 | 0.16% | 0.00 | 0.00 | 0.0% |
| 110270 (Guide Rod) | -1.00 | 22.44 | -22.43 | -0.07% | 0.00 | 0.00 | 0.0% |
| 110271 (Main Chassis) | 0.00 | 129.56 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110272 (Chassis Cover) | 6.00 | 38.11 | 228.55 | 0.74% | 0.00 | 0.00 | 0.0% |
| 110274 (Electronics Panel) | 8.00 | 31.81 | 254.33 | 0.82% | 0.00 | 0.00 | 0.0% |
| 110275 (Fluidics Panel) | 4.00 | 30.57 | 122.46 | 0.4% | 0.00 | 0.00 | 0.0% |
| 110276 (Socket & Connetions Panel) | 42.00 | 20.70 | 869.44 | 2.81% | 0.00 | 0.00 | 0.0% |
| 110278 (Rear Panel) | -3.00 | 23.99 | -72.10 | -0.23% | 0.00 | 0.00 | 0.0% |
| 110279 (Magnets Bracket) | 359.00 | 3.84 | 1,378.37 | 4.45% | 0.00 | 0.00 | 0.0% |
| 110281 (Wash Station) | 10.00 | 34.72 | 347.20 | 1.12% | 0.00 | 0.00 | 0.0% |
| 110282 (Plates Cassette & Wash Station) | 6.00 | 66.79 | 400.78 | 1.29% | 0.00 | 0.00 | 0.0% |
| 110283 (Rod, Cassettes, Alignment) | 4.00 | 3.77 | 15.07 | 0.05% | 0.00 | 0.00 | 0.0% |
| 110285 (Door, front) | 54.00 | 19.66 | 1,061.72 | 3.43% | 0.00 | 0.00 | 0.0% |
| 110286 (Catch, Front Door) | 56.00 | 7.87 | 440.60 | 1.42% | 0.00 | 0.00 | 0.0% |
| 110287 (Left Panel) | 0.00 | 111.02 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110288 (Right Panel) | 2.00 | 111.02 | 222.13 | 0.72% | 0.00 | 0.00 | 0.0% |
| 110293 (Plate, pump) | 0.00 | 7.82 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110294 (Block, Cylinder Mount) | 0.00 | 14.55 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110295 (Adapter, Motor Shaft) | 10.00 | 4.76 | 47.85 | 0.15% | 0.00 | 0.00 | 0.0% |
| 110296 (Bracket, 2.5 ML Syringe Driver) | 12.00 | 25.15 | 301.80 | 0.97% | 0.00 | 0.00 | 0.0% |
| 110298 (Spacer, X-Axis Motor Mount) | -14.00 | 3.39 | -47.55 | -0.15% | 0.00 | 0.00 | 0.0% |
| 110299 (Skirt) | 40.00 | 10.50 | 420.00 | 1.36% | 0.00 | 0.00 | 0.0% |
| 110301 (Probe, Lyse, hypodermic tubing .07 OD) | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110302 (Probe, Aspirate, hypodermic tubing .07 OD) | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |

1:28 PM
06/20/18

Case 18-17541-RBR    Doc 100    Filed 06/22/18    Page 20 of 69

Cell Science Systems Corp.
Inventory Valuation Summary
As of June 20, 2018

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| 110303 (Pressure Manifold) | 18.00 | 24.02 | 432.36 | 1.4% | 0.00 | 0.00 | 0.0% |
| 110304 (Spacer, Threaded .50 OD 1.75 LG) | 30.00 | 4.27 | 128.18 | 0.41% | 0.00 | 0.00 | 0.0% |
| 110314 (Tubing Bracket) | 42.00 | 13.50 | 566.84 | 1.83% | 0.00 | 0.00 | 0.0% |
| 110319 (Vacuum Trap) | 15.00 | 43.31 | 649.65 | 2.1% | 0.00 | 0.00 | 0.0% |
| 110320 (Cap, Vacuum Trap) | 30.00 | 12.85 | 385.50 | 1.25% | 0.00 | 0.00 | 0.0% |
| 110321 (Pumplate) | 19.00 | 18.65 | 354.38 | 1.14% | 0.00 | 0.00 | 0.0% |
| 110325 (Shield, Aperture Block) | 25.00 | 9.98 | 249.39 | 0.81% | 0.00 | 0.00 | 0.0% |
| 110326 (Standoff, Sensor) | 3.00 | 17.03 | 51.09 | 0.17% | 0.00 | 0.00 | 0.0% |
| 110327 (Plate Spring) | 8.00 | 8.89 | 71.05 | 0.23% | 0.00 | 0.00 | 0.0% |
| 110329 (Tube, Outside Telescope) | 31.00 | 13.50 | 418.42 | 1.35% | 1.45 | 44.95 | -0.05% |
| 110334 (Clip, Retaining) | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 110349 (Aperture Plate Quick Disconnect Bracket) | 10.00 | 17.25 | 172.50 | 0.56% | 0.00 | 0.00 | 0.0% |
| 110350 (Aperture plate quick disconnect thumb screws) | 32.00 | 6.56 | 209.71 | 0.68% | 0.00 | 0.00 | 0.0% |
| 210045 (A 6A16-036DF3708 Pulley, .917 P.D) | 10.00 | 11.65 | 116.54 | 0.38% | 0.00 | 0.00 | 0.0% |
| 210046 (A 6A16-028DF3708 Pulley, .713 P.D) | 12.00 | 10.82 | 129.86 | 0.42% | 0.00 | 0.00 | 0.0% |
| 210047 (Stud Mount) | 7.00 | 3.34 | 23.39 | 0.08% | 0.00 | 0.00 | 0.0% |
| 210048 (PK266M-02A 2-phase stepping motor x-axis) | -2.00 | 67.15 | -134.30 | -0.43% | 0.00 | 0.00 | 0.0% |
| 210049 (PK245M-01AA 2-phase stepping motor , Y-Axis) | -4.00 | 57.80 | -231.20 | -0.75% | 0.00 | 0.00 | 0.0% |
| 210050 (Clippard 9SD-2 Air Cylinder, 9/16 Bore, 2" STROKE) | 6.00 | 18.49 | 110.94 | 0.36% | 0.00 | 0.00 | 0.0% |
| 210053 (A 6Z16-350037 Belt, Timing; .08 pitch, .375 W, 350 Grooves) | 33.00 | 5.96 | 196.54 | 0.64% | 0.00 | 0.00 | 0.0% |
| 210054 (A 6Z16-290037 Belt, Timing; .08 pitch, .375 W, 290 Grooves) | 4.00 | 11.18 | 44.74 | 0.14% | 0.00 | 0.00 | 0.0% |
| 210058 (Clippard SDR-17-1-1/2 Air Cylinder 1-1/16 Bore, 1.5 Stroke) | 10.00 | 19.47 | 194.70 | 0.63% | 0.00 | 0.00 | 0.0% |
| 210059 (Part #81520 Syringe, 5 ML Glass) | 41.00 | 37.35 | 1,531.42 | 4.94% | 0.00 | 0.00 | 0.0% |
| 210060 (O-Ring .500 ID * .063 W) | 40.00 | 0.32 | 13.18 | 0.04% | 0.00 | 0.00 | 0.0% |
| 210062 (Amerock BP76313BN 96mm Pull Allison Value Hardware    ) | 48.00 | 2.44 | 117.12 | 0.38% | 0.00 | 0.00 | 0.0% |
| 210063 (BPSFKSR3T Bearing, Spherical Stainless steel teflon seal) | 3.00 | 51.03 | 153.09 | 0.49% | 0.00 | 0.00 | 0.0% |
| 210064 (Loctite, 609 (50 ML Bottle)) | 2.00 | 0.25 | 0.50 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210065 (FSSB-375 Bearing, Bronze .375 ID, Self Clinch) | -8.00 | 5.95 | -47.60 | -0.15% | 0.00 | 0.00 | 0.0% |
| 210066 (FSSB-250 Bearing, Bronze .250 ID, Self Clinch) | 221.00 | 1.59 | 351.39 | 1.13% | 0.00 | 0.00 | 0.0% |
| 210068 (HGN-337-3M-F-150 Fuse with Switch) | 10.00 | 50.28 | 502.85 | 1.62% | 0.00 | 0.00 | 0.0% |
| 210069 (Foot, Rubber) | 338.00 | 0.44 | 148.72 | 0.48% | 0.00 | 0.00 | 0.0% |
| 210070 (Latch, Magnetic) | 449.00 | 1.04 | 466.96 | 1.51% | 0.00 | 0.00 | 0.0% |
| 210071 (NCMB200-0350-X6002 Tank, Air Volume, 14 cu. In.) | 0.00 | 26.67 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210072 (Power Supply 24v, HC24-2.4-AG) | 0.00 | 59.10 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210073 (Power Supply 12v, HAA15-0.8-AG) | -1.00 | 50.98 | -50.98 | -0.17% | 0.00 | 0.00 | 0.0% |
| 210074 (NF60KPDCB Liquid diaphragm pump, 24V BLDC motor, 600 ml/min free flow) | 7.00 | 259.20 | 1,814.40 | 5.86% | 0.00 | 0.00 | 0.0% |
| 210075 ( UNMP830 KNDC-B  Air Pump, Brushless 24vdc motor) | -5.00 | 195.50 | -977.50 | -3.16% | 0.00 | 0.00 | 0.0% |
| 210076 (003-0483-900 Valve, 2 port, For .12 ID Tubing) | 37.00 | 56.21 | 2,079.61 | 6.71% | 0.00 | 0.00 | 0.0% |
| 210077 (003-0765-900 Valve, 3 port .12 Tubing) | 54.00 | 61.01 | 3,294.82 | 10.64% | 0.00 | 0.00 | 0.0% |
| 210080 (Connector, T. 1/8" & 1/16" ID Tubing) | 64.00 | 0.28 | 17.92 | 0.06% | 0.00 | 0.00 | 0.0% |
| 210083 (FTLL220-1 Fitting, Female Luer, .094, Nylon) | 195.00 | 0.13 | 26.03 | 0.08% | 0.00 | 0.00 | 0.0% |
| 210084 (Part # 607-7062 Connector, Barrier strip, 12 Pos) | 8.00 | 3.39 | 27.09 | 0.09% | 0.00 | 0.00 | 0.0% |
| 210088 (Clip, Spring; .75 DIA) | 66.00 | 2.53 | 166.81 | 0.54% | 0.00 | 0.00 | 0.0% |
| 210089 (F-3254-80 Fitting; Swivel, Elbow, 1/8 NPT) | 14.00 | 1.11 | 15.53 | 0.05% | 0.00 | 0.00 | 0.0% |
| 210090 (F-3354-85 Fitting; Swivel Elbow, 1/4 npt) | 16.00 | 1.11 | 17.78 | 0.06% | 0.00 | 0.00 | 0.0% |
| 210091 (Jumpers, 2 pos) | 78.00 | 0.23 | 17.93 | 0.06% | 0.00 | 0.00 | 0.0% |
| 210098 (Plug, Hole; Nylon, .50 ID) | 0.00 | 0.05 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210099 (559-5201-007 LED Indicator (H x Dia) 15.88 x 7.41mm) | 19.00 | 1.49 | 28.38 | 0.09% | 0.00 | 0.00 | 0.0% |
| 210101 (Connector, Barrier Strip, 2 pos) | 10.00 | 3.15 | 31.50 | 0.1% | 0.00 | 0.00 | 0.0% |

1:28 PM
06/20/18

Case 18-17541-RBR    Doc 1200    Filed 06/22/18    Page 21 of 69

**Cell Science Systems Corp.**
**Inventory Valuation Summary**
As of June 20, 2018

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| 210102 (Connector, D-SUB. 9 pin) | 0.00 | 3.03 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210103 (Connector, Socket, 10 Cont.) | -2.00 | 1.14 | -2.28 | -0.01% | 0.00 | 0.00 | 0.0% |
| 210105 (pcsbf-062-ssb Fitting; 10-32, Barb, .100 OD) | 111.00 | 2.35 | 261.33 | 0.84% | 0.00 | 0.00 | 0.0% |
| 210107 (PCSBF-170-ssb  Fitting; 10-32, Barb, .200 OD) | 28.00 | 3.37 | 94.32 | 0.3% | 0.00 | 0.00 | 0.0% |
| 210108 (PMCD1602 Connector, Tube quick disconnect) | 596.00 | 6.14 | 3,660.82 | 11.82% | 0.00 | 0.00 | 0.0% |
| 210109 (PMCD2202  Connector, Tube) | 477.00 | 4.42 | 2,109.69 | 6.81% | 0.00 | 0.00 | 0.0% |
| 210110 (9600K21 Grommets For .75 DIA Hole pk/100) | 22.00 | 10.89 | 239.45 | 0.77% | 0.00 | 0.00 | 0.0% |
| 210126 (003-0794-900 Valve, 2 port .06 Tubing) | 58.00 | 53.78 | 3,119.20 | 10.07% | 0.00 | 0.00 | 0.0% |
| 210127 (003-0286-900 Valve, 3 port .06 Tubing) | 25.00 | 53.88 | 1,346.92 | 4.35% | 0.00 | 0.00 | 0.0% |
| 210131 - Aperture Plate (Aperture Plate) | 1.00 | 378.00 | 378.00 | 1.22% | 0.00 | 0.00 | 0.0% |
| 210132 (Aperture, Ruby) | 8.00 | 23.85 | 190.84 | 0.62% | 0.00 | 0.00 | 0.0% |
| 210133 (Part #RR-16-007 Choke, .007 Orifice) | 416.00 | 1.43 | 592.97 | 1.91% | 0.00 | 0.00 | 0.0% |
| 210136 (F-3120-101-B80 Choke, 10-32, .010 Orifice) | 10.00 | 1.61 | 16.09 | 0.05% | 0.00 | 0.00 | 0.0% |
| 210139 (Connector, Two RT Angle SMB w/36" C able) | 11.00 | 24.35 | 267.89 | 0.87% | 0.00 | 0.00 | 0.0% |
| 210140 (F-3100-85 Connector, Straight BulkHead) | 37.00 | 0.48 | 17.76 | 0.06% | 0.00 | 0.00 | 0.0% |
| 210144 (Part #71105 Bottle 4.3 Liter, Polyethylene) | 23.00 | 26.88 | 618.13 | 2.0% | 0.00 | 0.00 | 0.0% |
| 210145 (Bottle, 2000 ML, Polyethylene) | 48.00 | 19.49 | 935.45 | 3.02% | 0.00 | 0.00 | 0.0% |
| 210155 (Fuse, 3AG, 3 AMP,  250 v, Slow-Blow) | 67.00 | 0.46 | 30.85 | 0.1% | 0.00 | 0.00 | 0.0% |
| 210156 (VQD1121-5MO-M5 Valve, 4 Port, smc 24vdc) | 10.00 | 33.77 | 337.70 | 1.09% | 0.00 | 0.00 | 0.0% |
| 210156-C (AXT661-14A-6 24" Valve, Connector, 4 port SMC) | -9.00 | 1.32 | -11.88 | -0.04% | 0.00 | 0.00 | 0.0% |
| 210157 (SY124A-5MOZ 3 port smc valve, 24 vdc) | 29.00 | 20.51 | 594.73 | 1.92% | 0.00 | 0.00 | 0.0% |
| 210160 (ZFC101-07B Filter, Air Suction) | 33.00 | 13.82 | 456.21 | 1.47% | 0.00 | 0.00 | 0.0% |
| 210161 (Part #144-17179 Tube, drying) | 44.00 | 2.72 | 119.42 | 0.39% | 0.00 | 0.00 | 0.0% |
| 210164 (17185A51 Clip, Large Spring) | 5.00 | 2.41 | 11.92 | 0.04% | 0.00 | 0.00 | 0.0% |
| 210167 (O-ring, 1.112 ID * .103 W) | 28.00 | 0.27 | 7.54 | 0.02% | 0.00 | 0.00 | 0.0% |
| 210168 (Plug, 1/4 npt, Pack of 100) | 38.00 | 9.99 | 379.62 | 1.23% | 0.00 | 0.00 | 0.0% |
| 210174 (HG-14 Grommet 1.00 DIA Hole) | 82.00 | 0.31 | 25.41 | 0.08% | 0.00 | 0.00 | 0.0% |
| 210175 (Grommet .50 DIA Hole) | 197.00 | 0.88 | 172.91 | 0.56% | 0.00 | 0.00 | 0.0% |
| 210178 (CVT-18VL 1/8  Check-Valve, Acrylic Body) | 13.00 | 3.61 | 46.85 | 0.15% | 0.00 | 0.00 | 0.0% |
| 210180 (50195K73 Sensor, Liquid Level) | 6.00 | 23.50 | 140.99 | 0.46% | 0.00 | 0.00 | 0.0% |
| 210191 (O-Ring, .176 ID x .070 W) | 0.00 | 0.15 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210192 (O-ring .210 OD, .070 CS) | 804.00 | 0.04 | 32.16 | 0.1% | 0.00 | 0.00 | 0.0% |
| 210202 (Quick Disconnect - 8 POS) | 0.00 | 12.95 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210206 (X-7439 In line filter) | 137.00 | 3.53 | 483.61 | 1.56% | 0.00 | 0.00 | 0.0% |
| 210208a Rev. B (p/n 030SA4414060E61 SGL SOL 24VDC VLV 10-32 Ports-250cc Max Leak Rt) | 10.00 | 84.90 | 849.00 | 2.74% | 0.00 | 0.00 | 0.0% |
| 210208b Rev. B (P/n 230-365 Numatics MK 3 DIN Plug Connector 24VDC w/ light) | 10.00 | 9.56 | 95.60 | 0.31% | 0.00 | 0.00 | 0.0% |
| 210209 (Part #64046 1/8" liquid/ gas check valve) | 435.00 | 0.70 | 306.18 | 0.99% | 0.00 | 0.00 | 0.0% |
| 210215 (PB2NC-B, 10-32F, B Push Button Pressure Release Valve) | 33.00 | 9.28 | 306.36 | 0.99% | 0.00 | 0.00 | 0.0% |
| 210218 (EE-SB5M Sensor Connector) | 2.00 | 3.69 | 7.38 | 0.02% | 0.00 | 0.00 | 0.0% |
| 210232 (Oriental CMD2112P Step Driver) | 0.00 | 147.20 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210233 (Oriental CMD2120P Step Driver) | 2.00 | 147.20 | 294.40 | 0.95% | 0.00 | 0.00 | 0.0% |
| 210234 (MOL39-01-3022  Conn Recept 2Pos Vert Dual) | 195.00 | 0.12 | 22.92 | 0.07% | 0.00 | 0.00 | 0.0% |
| 210235 (WM23609-ND Conn Recept 4Pos Vert Single) | 175.00 | 0.40 | 70.35 | 0.23% | 0.00 | 0.00 | 0.0% |
| 210236 (MOL39-01-3042  conn rectp 4 pos vert dual) | 800.00 | 0.15 | 123.36 | 0.4% | 0.00 | 0.00 | 0.0% |
| 210237 (MOL39-01-4031  conn rectp 3 pos vert single) | 115.00 | 0.36 | 41.97 | 0.14% | 0.00 | 0.00 | 0.0% |
| 210245 (AP1G ROBOCat II PC Board) | 25.00 | 241.94 | 6,048.50 | 19.53% | 0.00 | 0.00 | 0.0% |
| 210247 (2 Way NC Valve, .078" Orifice, 50 PSI, Encapsulated, 12VDC, 2W, Viton Sea... | 0.00 | 35.79 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210248 (3 Way MP Valve, .078" Orifice, 25 PSI, Encapsulated, 12VDC, 2W, Viton Sea... | 0.00 | 36.93 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 210251 (53-EESY672 Sensor) | 5.00 | 23.22 | 116.07 | 0.38% | 0.00 | 0.00 | 0.0% |

1:28 PM
06/20/18

Case 18-17541-RBR    Doc 100    Filed 06/22/18    Page 22 of 69

Cell Science Systems Corp.
Inventory Valuation Summary
As of June 20, 2018

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| 210253 (Item #48760 1/8ID Nylon-Green Element-Inline Filter 250Micron Nylon Screen) | 50.00 | 7.36 | 367.99 | 1.19% | 0.00 | 0.00 | 0.0% |
| 910223 (Probe, Telescoping) | 1.00 | 46.69 | 46.71 | 0.15% | 50.65 | 50.65 | -0.06% |
| CDS Blood Bank Saline (Blood Bank Saline (20L Box) 0,85% sodium chloride solution) | -17.00 | 12.50 | -212.50 | -0.69% | 0.00 | 0.00 | 0.0% |
| DC/DC (Assemble DC/DC Converter Board AP3 Rev. E) | -12.00 | 228.70 | -2,744.40 | -8.86% | 0.00 | 0.00 | 0.0% |
| Note | -2.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| Total Inventory | 8,344.00 | | 50,845.52 | 164.15% | | 95.60 | -0.11% |
| **Assembly** | | | | | | | |
| 910187 (Electrodes Assembly) | 13.00 | 213.79 | 2,779.25 | 8.97% | 0.00 | 0.00 | 0.0% |
| 910189 Rev. C (Arm Assembly (Connectors for new board)) | 4.00 | 771.64 | 3,086.56 | 9.97% | 0.00 | 0.00 | 0.0% |
| 910190 (Syringe Driver Assembly) | 0.00 | 161.07 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910191 Rev. A (Cassette Plate Assembly) | 4.00 | 112.82 | 451.28 | 1.46% | 0.00 | 0.00 | 0.0% |
| 910192 (Front Door Assembly) | 57.00 | 42.84 | 2,441.73 | 7.88% | 0.00 | 0.00 | 0.0% |
| 910193 (Syringe Dispense Arm Assembly) | 1.00 | 29.00 | 29.00 | 0.09% | 0.00 | 0.00 | 0.0% |
| 910194 Rev.C (Electronics Panel Assembly with AP1G Board and New Stepper Motor Co... | 0.00 | 711.91 | 0.02 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910195 Rev. C (Socket & Connectors Bracket Assembly) | 6.00 | 98.66 | 591.94 | 1.91% | 0.00 | 0.00 | 0.0% |
| 910196 Rev. C (Fluidics Panel (connectors for AP1G board)) | 0.00 | 1,416.73 | 0.02 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910197 (D-Sub Cable Assembly) | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910198 Rev. C (X-Sensor Wire Harness (New sensor/new connector)) | 1.00 | 28.13 | 28.13 | 0.09% | 0.00 | 0.00 | 0.0% |
| 910199 Rev. D (Y-Sensor Harness (New sensor/new connector)) | -4.00 | 27.53 | -110.12 | -0.36% | 0.00 | 0.00 | 0.0% |
| 910200 (5 Port Valve Assembly) | 0.00 | 46.86 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910201 Rev. B (Valve 15 Assembly (New Connector)) | 4.00 | 42.26 | 169.03 | 0.55% | 0.00 | 0.00 | 0.0% |
| 910202 Rev. C (Valve 14 Assembly (New Connector)) | 5.00 | 43.87 | 219.33 | 0.71% | 0.00 | 0.00 | 0.0% |
| 910205-1 Rev. B (Valve 2 Assembly (New Connector)) | 16.00 | 53.84 | 861.45 | 2.78% | 0.00 | 0.00 | 0.0% |
| 910205-2 Rev. B (Valve 9 Assembly (New Connector)) | 2.00 | 56.32 | 112.67 | 0.36% | 0.00 | 0.00 | 0.0% |
| 910205-3 Rev. B (Valve 10 Assembly (New Connector)) | 10.00 | 53.90 | 538.98 | 1.74% | 0.00 | 0.00 | 0.0% |
| 910205-4 Rev. B (Valve 11 Assembly (new connector)) | -4.00 | 60.72 | -242.89 | -0.78% | 0.00 | 0.00 | 0.0% |
| 910205-5 Rev. B (Valve 12 Assembly (new connector)) | 1.00 | 54.00 | 53.99 | 0.17% | 0.00 | 0.00 | 0.0% |
| 910205-6 Rev. C (Valve 13 (New Connector)) | 22.00 | 61.16 | 1,345.48 | 4.34% | 0.00 | 0.00 | 0.0% |
| 910208 Rev. B (Air Pump Assembly (New Connector)) | 9.00 | 224.29 | 2,018.58 | 6.52% | 0.00 | 0.00 | 0.0% |
| 910209 Rev. B (Waste pump assembly (new connector)) | -4.00 | 264.56 | -1,058.24 | -3.42% | 0.00 | 0.00 | 0.0% |
| 910213 Rev. A (Manifold Assembly) | 6.00 | 43.04 | 258.23 | 0.83% | 0.00 | 0.00 | 0.0% |
| 910214 Rev. D (Chassis Assembly) | 0.00 | 1,336.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910215 Rev. C (Numatics P/V Valve Assembly (New Connector)) | -1.00 | 104.08 | -104.08 | -0.34% | 0.00 | 0.00 | 0.0% |
| 910216 (Aperture Plate Assembly) | -24.00 | 687.85 | -16,508.40 | -53.3% | 0.00 | 0.00 | 0.0% |
| 910219 (Bottles Assembly) | 1.00 | 108.09 | 108.08 | 0.35% | 93.49 | 93.49 | -0.1% |
| 910221 Rev. D (Vacuum Trap Assembly (New Connector)) | 7.00 | 112.55 | 787.84 | 2.54% | 0.00 | 0.00 | 0.0% |
| 910225 (Telescope Probe Assembly) | 0.00 | 128.38 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910228 (Robocat II Spare Parts Kit (OLD)) | 0.00 | 1,134.13 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910229 (Robocat II Spare Parts Kit) | 0.00 | 259.28 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910231-1 (Valve 2 Assembly with Gem valve) | 1.00 | 40.04 | 40.03 | 0.13% | 0.00 | 0.00 | 0.0% |
| 910231-2 (Valve 9 Assy with Gems valve) | -2.00 | 40.04 | -80.08 | -0.26% | 0.00 | 0.00 | 0.0% |
| 910231-3 (Valve 10 Assy with Gems valve) | 0.00 | 40.07 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910231-4 (Valve 11 Assy with Gems valve) | -1.00 | 43.25 | -43.25 | -0.14% | 0.00 | 0.00 | 0.0% |
| 910231-5 (Valve 12 Assy with Gems valve) | 0.00 | 43.18 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| 910231-6 (Valve 13 Assy with Gems valve) | -2.00 | 43.22 | -86.44 | -0.28% | 0.00 | 0.00 | 0.0% |
| 910375 - New (Aperture Plate Assembly) | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.0% |
| **Refurbished Robocat System (Refurbished Robocat system)** | | | | | | | |
| Refurbishment Kit (Refurbishment Kit for RoboCat Equipment) | 0.00 | 0.00 | 0.00 | 0.0% | 3,550.00 | 0.00 | 0.0% |
| Used Robocat System (Used Equipment Purchase/Buyback or for Refurbishment) | 1.00 | 1,416.67 | 1,416.67 | 4.57% | 0.00 | 0.00 | 0.0% |

**Cell Science Systems Corp.**
**Inventory Valuation Summary**
As of June 20, 2018

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| Refurbished Robocat System (Refurbished RoboCat system) - Other | 0.00 | 1,416.67 | 0.00 | 0.0% | 8,750.00 | 0.00 | 0.0% |
| Total Refurbished Robocat System (Refurbished RoboCat system) | 1.00 | | 1,416.67 | 4.57% | | 0.00 | 0.0% |
| ROBOCat II Rev. E2 (ROBOCat II Instrument) | 6.00 | 3,836.80 | 23,020.89 | 74.32% | 0.00 | 0.00 | 0.0% |
| ROBOCat II Rev.E3 (ROBOCat II Instrument) | -5.00 | 4,155.32 | -20,776.60 | -67.07% | 0.00 | 0.00 | 0.0% |
| ROBOCat II Rev.E4 (ROBOCat II Instrument - Rebuild) | -5.00 | 4,243.82 | -21,219.10 | -68.5% | 18,000.00 | -90,000.00 | 100.21% |
| Total Assembly | 125.00 | | -19,870.02 | -64.15% | | -89,906.51 | 100.11% |
| **TOTAL** | **8,469.00** | | **30,975.50** | **100.0%** | | **-89,810.91** | **100.0%** |

**Fill in this information to identify the case:**

Debtor name   **Cell Science Systems Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name **Cell Science Systems Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Broward County Tax Collector**<br>**Government Center Annex**<br>**115 S. Andrews Avenue, Room #**<br>**A100**<br>**Fort Lauderdale, FL 33301-1895** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,939.81** | **$19,939.81** |
| | Date or dates debt was incurred<br>**2017 Tax Year** | | | |
| | Last 4 digits of account number **5477** | Basis for the claim:<br>**Tangible Property Taxes** | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 West Tennessee Street**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$7,180.30** | **$7,180.30** |
| | Date or dates debt was incurred<br>**10/30/2017** | Basis for the claim:<br>**Sales and Use Tax** | | |
| | Last 4 digits of account number **1248** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Debtor  **Cell Science Systems Corporation**                                    Case number *(if known)* _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **Notice Only**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.28 |
|---|---|---|---|

**3M Health Care Service Center**
**PO Box 844127**
**Dallas, TX 75284-4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Health Care Supplies**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,654.21 |
|---|---|---|---|

**A & R Consultants LLC**
**87 Addis Drive**
**Churchville, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.79 |
|---|---|---|---|

**Access**
**2900 NW 27th Ave**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Storage Service**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.60 |
|---|---|---|---|

**AccurateNow (HireEase)**
**7515 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Background Checks**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.00 |
|---|---|---|---|

**Alpha Security & Fire Alarm Services, In**
**1150 SW 30 Ave**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Cell Science Systems Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.20 |
|---|---|---|---|

**AmerAssist Solutions Inc**
**445 Hutchinson Avenue**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Collections Agency

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287,257.96 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Credit Card Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.74 |
|---|---|---|---|

**Aramark Refreshment Services**
**9627 Premier Parkway**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.47 |
|---|---|---|---|

**AT & T Mobility**
**PO Box 537104**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Communications

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.00 |
|---|---|---|---|

**Atech**
**1945 West Copans Road**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Security

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Stewart**
**c/o Donna M. Ballman, P.A.**
**5001 S. university Drive, Suite G**
**Fort Lauderdale, FL 33328**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Potential Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**BioFlorida**
**525 Okeechobee Blvd., Ste 1500**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Membership dues

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Cell Science Systems Corporation**    Case number (if known) _____
          _____
          Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,823.54 |
|---|---|---|---|

**Boston Atlantic Technology, Inc**
**PO BOX 2128**
**Westford, MA 01886**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Product/Software Engineering

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |
|---|---|---|---|

**Business Wire Inc**
**PO Box 39000 Dept 34182**
**San Francisco, CA 94139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Press Release/ Marketing

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.73 |
|---|---|---|---|

**Cach, LLC c/o William C Grossman Law, PL**
**725 Primera Blvd., Ste 200**
**Lake Mary, FL 32746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Collections

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,690.25 |
|---|---|---|---|

**CBIZ MHM, LLC**
**PO Box 632931**
**Cincinnati, OH 45263-2931**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Accounting

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,207.39 |
|---|---|---|---|

**CDW Direct, LLC**
**PO Box 75723**
**Chicago, IL 60675-5723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Information Technology

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $890.48 |
|---|---|---|---|

**Cintas First Aid and Safety**
**PO BOX 631025**
**Cincinnati, OH 45263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Safety Training

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21.20 |
|---|---|---|---|

**CIOX**
**P.O. Box 409875**
**Atlanta, GA 30384**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Phlebotomy Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Cell Science Systems Corporation**
          Name                                                                   Case number *(if known)*

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Concentra - Cleveland, OH**
**PO Box 31420**
**Cleveland, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Phlebotomy Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$448.00** |
|---|---|---|---|

**Concentra - Southfield MI**
**PO Box 5012**
**Southfield, MI 48086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Phlebotomy Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |
|---|---|---|---|

**Cryo-Tech Inc**
**4823 SW 75th Ave**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Scientific Refrigeration Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,794.95** |
|---|---|---|---|

**D-Tech**
**4731 W Atlantic Ave #19**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Xerox**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,515.63** |
|---|---|---|---|

**Dade Paper & Bag Co**
**PO Box 523666**
**Miami, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**David Brady**
**54 Blue Ridge Drive**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,544.25** |
|---|---|---|---|

**David Laumonier**
**10808 Arbor View Blvd**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Consultant Service for Accounting Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cell Science Systems Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Dept. of Labor & Industries**
PO Box #34974
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $828.80 |
|---|---|---|---|

**Diazyme Laboratories Division, General A**
PO Box 392165
Pittsburgh, PA 15251-9165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $597.37 |
|---|---|---|---|

**Ecocomputer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __IT Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,740.16 |
|---|---|---|---|

**Electronic Svc for Medical Offices, Inc.**
10171 NW 53rd Street
Ft. Lauderdale, FL 33351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.75 |
|---|---|---|---|

**Engineered Air, LLC**
2520 N Andrews Ave Ext
Pompano Beach, FL 33064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Air Conditioning Repair__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,888.63 |
|---|---|---|---|

**ExamOne Canada**
PO Box 9608 Postal Station A
Toronto Ontario, Canada M5W 1P8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Phlebotomy Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $156,390.14 |
|---|---|---|---|

**ExamOne World Wide**
P O Box 201392
Dallas, TX 75320-1392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Phlebotomy Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Cell Science Systems Corporation**                                    Case number *(if known)*

Name

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,800.00 |
|---|---|---|---|

**Excalibur Lab Specialists (Qiagen)**
PO Box 5132
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Technical Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.37 |
|---|---|---|---|

**Exceed Group**
655 W. Grand Avenue, Ste 170
Elmhurst, IL 60126

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.85 |
|---|---|---|---|

**Exhibits, Etc.**
325 NE 2nd Ave  Ste 1002
Delray Beach, FL 33444

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,828.00 |
|---|---|---|---|

**Fastech**
2740 SW Martin Downs Blvd # 320
Palm City, FL 34990

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Clinical Lab Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,000.00 |
|---|---|---|---|

**FEDERAL EXPRESS**
P.O. BOX 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,143.63 |
|---|---|---|---|

**Fisher Scientific**
P O Box 404705
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lab Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.55 |
|---|---|---|---|

**Freeman Co.**
PO BOX 660613
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Logistics**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cell Science Systems Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,000.00** |

**GBF Inc**
**PO Box 16128**
**High Point, NC 27261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Test Kits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,869.10** |

**Green Group Studio**
**8461 Lake Worth Road**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Website Design Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,916.03** |

**Healthcare Environmental Services**
**1688 Meridian Ave Ste 900**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |

**Hinkle, Richter & Rhine, LLP**
**2600 NE 14th Street Cswy**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Accountant Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,370.40** |

**Houck Machine**
**12811 16th Ave North**
**Plymouth, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Machine Parts and Accessories__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,048.13** |

**HPE Automation**
**1020 N W 6th Street,  Bldg E**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Machine Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,070.00** |

**Iggbo, Inc.**
**2575 Homeview Drive**
**Richmond, VA 23294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Phlebotomy Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cell Science Systems Corporation**

Case number (if known) _____

Name

---

**3.48**

Nonpriority creditor's name and mailing address

**Imperial Dade**
**9601 NW 112th Ave**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,103.52**

---

**3.49**

Nonpriority creditor's name and mailing address

**InnoVision Professional Media**
**PO Box 29647**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.50**

Nonpriority creditor's name and mailing address

**Inova Diagnostics, Inc.**
**PO Box 83358**
**Woburn, MA 01813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lab Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.25**

---

**3.51**

Nonpriority creditor's name and mailing address

**Integrated DNA Technologies**
**25104 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$174.57**

---

**3.52**

Nonpriority creditor's name and mailing address

**Ivy Quorum Property, LLC**
**102 Chestnut Ridge Rd Ste 204**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Amount Owed to Landlord**

Is the claim subject to offset? ☐ No ☐ Yes

**$529,795.60**

---

**3.53**

Nonpriority creditor's name and mailing address

**Jason Underwood CPA, PLLC**
**PO Box 677**
**Signal Mountain, TN 37377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,050.00**

---

**3.54**

Nonpriority creditor's name and mailing address

**Joseph Bellanti**
**Georgetown University**
**3900 Reservoir Road**
**Room 308 NW**
**Washington, DC 20057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

Debtor   **Cell Science Systems Corporation**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**LifeLabs**
**100 International Blvd**
**Toronto Ontario M9W6J6**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Phlebotomy Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

3.56  **Nonpriority creditor's name and mailing address**
**LithoPrint Corp**
**1121 S Military Trail #180**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$354.04**

---

3.57  **Nonpriority creditor's name and mailing address**
**Lojistic**
**3200 Park Center, Suite 500**
**Costa Mesa, CA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Auditing Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$990.43**

---

3.58  **Nonpriority creditor's name and mailing address**
**Louis A. Prigioniero, Esq**
**1461 S. Ocean Blvd Ste 216**
**Pompano Beach, FL 33062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$812.50**

---

3.59  **Nonpriority creditor's name and mailing address**
**Luminex Corporation**
**PO Box # 844222**
**Dallas, TX 75284**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lab Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$196.44**

---

3.60  **Nonpriority creditor's name and mailing address**
**Mayo Clinic**
**PO Box 9146**
**Rochester, MN 55480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical Research__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,701.00**

---

3.61  **Nonpriority creditor's name and mailing address**
**McKesson**
**P.O. Box 660266**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lab Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$201.61**

---

Debtor **Cell Science Systems Corporation**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** |

**3.62**

**Nonpriority creditor's name and mailing address**

**Medline Industries**
**Dept CH 14400**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$1,954.05

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Melissa Data Corp.**
**22382 Avenida Empressa**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Address Verification Service**

Is the claim subject to offset? ■ No  ☐ Yes

$104.86

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Miami Scan Technologies**
**20533 Biscayne Blvd. Ste 4-294**
**Aventura, FL 33180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Information Technologies Services**

Is the claim subject to offset? ■ No  ☐ Yes

$421.58

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Microchip Direct**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

$1,806.07

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Mint Condition**
**1057 Red Ventures Drive Ste 165**
**Fort Mill, SC 29707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Cleaning Services**

Is the claim subject to offset? ■ No  ☐ Yes

$4,482.66

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Morton Plant Hospital, Inc (Baycare)**
**PO Box 277205**
**Atlanta, GA 30384-7205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phlebotomy Services**

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

**MP Biomedicals, LLC**
**Lockbox #74008447**
**Chicago, IL 60674-8447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$174.90

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Cell Science Systems Corporation**
Name

Case number (if known) _____

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,958.00 |
|---|---|---|---|

**National Molding**
11311 74th St North
Largo, FL 33773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lab Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,857.62 |
|---|---|---|---|

**Office Depot**
PO Box 88040
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Office ReWorks**
1310 South Powerline Road Ste W
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Furniture**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,726.59 |
|---|---|---|---|

**Old Dominion Freight Line, Inc**
PO Box 198475
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.00 |
|---|---|---|---|

**Orange Pest Control**
1200 Hibiscus Ave Unit 905
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pest Control Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.08 |
|---|---|---|---|

**PC Connection**
730 Milford Road
Merrimack, NJ 03054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Computer Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,467.61 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Postage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cell Science Systems Corporation**                Case number *(if known)*

Name

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| **Qiagen, Inc** | **$2,909.78** |
| **PO Box 5132** | |
| **Carol Stream, IL 60197** | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lab Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Quill Corp**                        **$1,598.71**
**PO Box 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Robert Darling**                       **$3,500.00**
**43241 Augustine Place**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Roger Deutsch**                     **$250,000.00**
**852 S. Military Trail**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money Loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Roger Sheeler**                     **$3,500.00**
**14027 N. Sunflower Dr**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**RR Donnelley**                     **$8,404.65**
**9125 Bachman Road**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Publishing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**SHI International, Inc.**                **$2,019.99**
**PO Box #952121**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Distributor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Cell Science Systems Corporation**                     Case number (if known)

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,226.70** |
|---|---|---|---|

**Shred-it USA LLC**
**28883 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Record Management Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,551.28** |
|---|---|---|---|

**SL Powers**
**1401 Forum Way Ste 100**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,621.13** |
|---|---|---|---|

**Smith Law Firm**
**830 North Street**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,425.14** |
|---|---|---|---|

**Southeastern Printing Company, Inc.**
**3601 SE Dixie Highway**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Printing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$988.34** |
|---|---|---|---|

**SP Scientific**
**PO Box 48330**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lab Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**St Joseph's Hospital, Inc / BayCare Labs**
**PO Box 277214**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Phlebotomy Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$596.25** |
|---|---|---|---|

**Swiss Jewel Company**
**325 Chestnut Street, Ste 509**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Machine Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Cell Science Systems Corporation**                                     Case number *(if known)* _____
        _____
        Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,727.60 |
|---|---|---|---|

**Synoptek - 800221**
**412 E Parkcenter Blvd Ste 300**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Email Hosting

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,685.24 |
|---|---|---|---|

**Synoptek-Hosted Emails**
**412 E Parkcenter Blvd Ste 300**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Email Hosting

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,031.28 |
|---|---|---|---|

**Teamfreight Forwarding Company**
**2510 NW 97th Avenue, Ste 120**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Shipping Overseas

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,278.00 |
|---|---|---|---|

**The National Phlebotomy Provider Network**
**8871 W. Flamingo Rd, Ste 202**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Phlebotomy Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.60 |
|---|---|---|---|

**Trimech Solutions**
**4461 Cox Rd. Ste 302**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Computer Equipment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**Triumvirate Environmental**
**3701 SW 47th Ave**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Waste Management

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,105.66 |
|---|---|---|---|

**TUV Rheinland of North America, Inc**
**PO Box #416473**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Regulatory Inspection and Certification

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cell Science Systems Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address

TUV SUD America Inc.
10 Centenial Dr.
Peabody, MA 01960

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Regulatory Inspection and Certification

Is the claim subject to offset? ■ No ☐ Yes

**$24,612.66**

---

**3.98** | Nonpriority creditor's name and mailing address

Uline
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Misc Office Supplies

Is the claim subject to offset? ■ No ☐ Yes

**$9,287.45**

---

**3.99** | Nonpriority creditor's name and mailing address

UPS PARCEL DELIVERY SERVICE
PO Box 650690
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery Service

Is the claim subject to offset? ■ No ☐ Yes

**$1,745.59**

---

**3.100** | Nonpriority creditor's name and mailing address

UPS Professional Services, Inc.
PO Box 650690
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery Service

Is the claim subject to offset? ■ No ☐ Yes

**$1,569.78**

---

**3.101** | Nonpriority creditor's name and mailing address

UPS Supply Chain Solutions, Inc.,IL
28013 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Carbon Footprint

Is the claim subject to offset? ■ No ☐ Yes

**$4,088.87**

---

**3.102** | Nonpriority creditor's name and mailing address

UPS Supply Chain Solutions, Inc.DALLAS
PO Box 650690
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Carbon Footprint

Is the claim subject to offset? ■ No ☐ Yes

**$1,739.44**

---

**3.103** | Nonpriority creditor's name and mailing address

UPS-09582W Results
PO Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Delivery Service

Is the claim subject to offset? ■ No ☐ Yes

**$19,139.32**

---

Debtor   **Cell Science Systems Corporation**                        Case number (if known) _____
_____
Name

| | |
|---|---|

**3.104** Nonpriority creditor's name and mailing address

**Wahida Karmally**
**900 Palisade Avenue #9C**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$3,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

**Wasp Mobile**
**5301 N Federal Hwy, Ste 180**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$633.75**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

**Wright, Ventures**
**7991 N Rose Rd**
**Delton, MI 49046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$30,920.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

**Xerox Corporation**
**P.O. Box #827598**
**Philadelphia, PA 19182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$20,447.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Copiers__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$30,588.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Copiers__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

**Xfinity (Comcast)**
**PO Box 105184**
**Atlanta, GA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$1,916.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

**Yale University**
**333 Cedar Street**
**New Haven, CT 06520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$7,900.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contract Research__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Cell Science Systems Corporation**
        Name

Case number (if known) _____

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allied Recovery Systems**<br>**P.O. Box 1011**<br>**Port Jefferson Station, NY 11776** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Deschenes & Farrell, P.C.**<br>**c/o Melissa E. Robbins, Esq**<br>**515 Groton Road, Suite 204**<br>**Westford, MA 01886** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Federated Law Group, PLLC**<br>**887 Donald Ross Road**<br>**North Palm Beach, FL 33408** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Florida Department of Revenue**<br>**3301 N University Drive Ste 200**<br>**Pompano Beach, FL 33065** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Markowitz, Ringel Trusty & Hartog, P.A.**<br>**101 NE 3rd Ave Suite 1210**<br>**Fort Lauderdale, FL 33301** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Roth & Scholl Attorneys at Law**<br>**866 South Dixie Highway**<br>**Miami, FL 33146** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sprechman and Fisher, P.A.**<br>**2775 Sunny Isles Blvd, Ste 100**<br>**North Miami Beach, FL 33160** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **The Rahman Group, LLC**<br>**8905 Three Chopt Rd #B**<br>**Henrico, VA 23229** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Zwicker & Associates, P.C.**<br>**1101 Laurel Oak Rd Ste 130**<br>**Voorhees, NJ 08043** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 27,120.11 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,939,451.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,966,571.84 |

**Fill in this information to identify the case:**

Debtor name     **Cell Science Systems Corporation**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  **Authorized Xerox Agent/Reseller which sold Xerox equipment to Debtor, which was leased through Xerox Financial Services.**  State the term remaining  List the contract number of any government contract | **D-Tech 4731 W Atlantic Ave #19 Delray Beach, FL 33445** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest  **Lease for Premise located at 852, 844, 842, 832, 836 and 840 South Military Trail Deerfield Beach, FL 33442**  State the term remaining  **Term Expires on July 31, 2023**  List the contract number of any government contract | **Ivy Quorum Property, LLC 102 Chestnut Ridge Road Suite 204 Montvale, NJ 07645** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest  **Leased Equipment**  State the term remaining  **June 1, 2020**  List the contract number of any government contract | **NEC Financial Services, LLC 250 Pehle Avenue, Suite 704 Saddle Brook, NJ 07663** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest  **Contract for four (4) Xerox machines.**  State the term remaining  List the contract number of any government contract  **020-0040750-001** | **Xerox Financial Services 45 Glover Ave Norwalk, CT 06856** |

Debtor 1    **Cell Science Systems Corporation**                                    Case number *(if known)*
      First Name        Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Cell Science Systems Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cell Science Systems Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,900,000.00** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$7,800,000.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$11,080,624.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | Cell Science Systems Corporation | Case number (if known) |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Broward County Tax Collector<br>Government Center Annex<br>115 S. Andrews Avenue, Room # A100<br>Fort Lauderdale, FL 33301-1895 | 6/4/2018 | $8,545.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Intagible Tax** |
| 3.2. FedEx<br>7900 Legacy Dr.<br>Plano, TX 75024 | 5/11/18 | $27,419.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. HA Pathology Services MD PA<br>5361 NW 33rd Ave<br>Fort Lauderdale, FL 33309 | 5/14/2018 | $6,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. HA Pathology Services MD PA<br>5361 NW 33rd Ave<br>Fort Lauderdale, FL 33309 | 6/19/2018 | $6,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. Humana Medical Plan<br>W Hillsboro Blvd<br>Deerfield Beach, FL 33442 | 5/30/18 | $23,062.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.6. Humana Medical Plan<br>W Hillsboro Blvd<br>Deerfield Beach, FL 33442 | 4/27/18 | $24,328.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.7. Ivy Quorum Property, LLC<br>102 Chestnut Ridge Road<br>Suite 204<br>Montvale, NJ 07645 | 5/1/18 | $13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent payment** |
| 3.8. Ivy Quorum Property, LLC<br>102 Chestnut Ridge Road<br>Suite 204<br>Montvale, NJ 07645 | 6/1/18 | $50,390.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent Payment** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Cell Science Systems Corporation**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Ivy Quorum Property, LLC**<br>**102 Chestnut Ridge Road**<br>**Suite 204**<br>**Montvale, NJ 07645** | **5/14/18** | **$13,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent Payment** |
| 3.10. **National Molding**<br>**11311 74th St North**<br>**Largo, FL 33773** | **5/3/18** | **$14,034.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Roger Deutsch**<br>**852 S. Military Trail**<br>**Deerfield Beach, FL 33442** | **5/7/2018** | **$10,385.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **reimbursement** |
| 3.12. **UPS**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | **5/9/18** | **$35,455.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Roger Deutsch**<br>**852 S. Military Trail**<br>**Deerfield Beach, FL 33442**<br>**President** | **5/7/2018** | **$10,385.93** | **Reimbursement** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Cell Science Systems Corporation | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|--|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|------------------------------------------|------------------------|--------|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|--|---------------------------|----------------|------------------------------------|----------------|
| 7.1. | **GBF, Inc vs. Cell Science Systems Corporation**<br>CACE 17-019664 05 | **Breach of Contract** | **17th Judicial Circuit Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Old Dominion Freight Line, Inc vs. Cell Science Systems Corporation**<br>COSO-18-001936 | **Breach of Agreement** | **17th Judicial Circuit Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Triumvirate Environmental Services, Inc vs. Cell Science Systems Corporatin**<br>COCE-18-010886 | **Breach of Contract** | **17th Judicial Circuit Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Healthcare Environmental Services, LLC vs. Cell Science Systems Corp**<br>2017-023554-CA-01 | **Breach of Contract** | **11th Judicial Circuit Court of Florida**<br>**175 NW 1st Ave**<br>**Miami, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cell Science Systems Corporation vs. Blue Cross Blue Shield of Louisana**<br>17-1658 | **Civil Action** | **Russel B. Long Federal Building**<br>**777 Florida Street**<br>**Suite 139**<br>**Baton Rouge, LA 70801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **American Express Travel Related Services Company, Inc vs. Cell Science Systems Corp**<br>654802 - 2017 | **Civil** | **Supreme Court County of New York**<br>**60 CentreStreet**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

Debtor    **Cell Science Systems Corporation**                                    Case number *(if known)*

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr & Cohen<br>2255 Glades Rd.<br>Suite 301E<br>Boca Raton, FL 33431** | **Retainer for Attorneys' Fees and Costs** | **6/22/18** | **$20,000.00** |
| | Email or website address<br>**www.furrcohen.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sandra Ragno Poole<br>465 Fanshaw L<br>Boca Raton, FL 33434** | Real property located at 465 Fanshaw I<br>Boca Raton, FL 33434<br><br>**Legal Description: FANSHAW AT<br>CENTURY VILLAGE BLDG L PAR 465** | **July 7, 2016** | **$53,000.00** |
| | Relationship to debtor | | | |

---

Debtor   **Cell Science Systems Corporation**                       Case number *(if known)*

---

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From–To |
|---|---|

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Cell Science Systems Corp. 852 S. Military Trail Deerfield Beach, FL 33442** | **Laboratory** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **In house software** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Personal Health Information, Birthdays, Addresses of Patients and Former Patients.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Mass Mutual** | EIN: **20-1728211** |

Has the plan been terminated?
■ No
☐ Yes

---

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                      page **6**

| Debtor | **Cell Science Systems Corporation** | Case number *(if known)* | |

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Access**<br>**2900 NW 27th Ave**<br>**Pompano Beach, FL 33069** | **Brandi Brown**<br>**852 S.Military Trail**<br>**Deerfield Beach, FL 33442**<br><br>**Jean Koch**<br>**852 S.Military Trail**<br>**Deerfield Beach, FL 33442** | **Financial Records** | ☐ No<br>■ Yes |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Cell Science Systems Corporation**                                    Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Hinkle, Richter & Rhine, LLP** **2600 NE 14th Street Cswy** **Pompano Beach, FL 33062** | **2013 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Hinkle, Richter & Rhine, LLP** **2600 NE 14th Street Cswy** **Pompano Beach, FL 33062** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Cell Science Systems Corporation**    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Hinkle, Richter & Rhine, LLP**<br>**2600 NE 14th Street Cswy**<br>**Pompano Beach, FL 33062** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roger Deutsch** | **852 S. Military Trail**<br>**Deerfield Beach, FL 33442** | **President** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **Roger Deutsch**<br>**852 S. Military Trail**<br>**Deerfield Beach, FL 33442** | **10,385.93** | **5/7/18** | **Reimbursement** |
| **Relationship to debtor**<br>**President** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Cell Science Systems Corporation**                                      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Roger Deutsch**<br>**852 S. Military Trail**<br>**Deerfield Beach, FL 33442** | On the below referenced pay periods  the president received a gross of $11,475.78 with a direct deposit amount of $9,767.87: Gross times 4 checks = $45,903.12 total | **5/11/2018,**<br>**5/25/2018,**<br>**6/8/2018,**<br>**6/22/2018** | **Compensation a year prior to filing.** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No<br>
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No<br>
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2018**

**/s/ Roger Deutsch**                                      **Roger Deutsch**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Cell Science Systems Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Roger Deutsch**<br>**852 S. Military Trail**<br>**Deerfield Beach, FL 33442** | | **100** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 22, 2018**

Signature   **/s/ Roger Deutsch**

**Roger Deutsch**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re __Cell Science Systems Corporation__ _____

                                   Debtor(s)

Case No. _____

Chapter __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 22, 2018__ _____

/s/ Roger Deutsch _____

**Roger Deutsch**/**President**
Signer/Title

3M Health Care Service Center
PO Box 844127
Dallas, TX 75284-4127


A & R Consultants LLC
87 Addis Drive
Churchville, PA 18966


Access
2900 NW 27th Ave
Pompano Beach, FL 33069


AccurateNow (HireEase)
7515 Irvine Center Drive
Irvine, CA 92618


Allied Recovery Systems
P.O. Box 1011
Port Jefferson Station, NY 11776


Alpha Security & Fire Alarm Services, In
1150 SW 30 Ave
Pompano Beach, FL 33069


AmerAssist Solutions Inc
445 Hutchinson Avenue
Columbus, OH 43235


American Express
200 Vesey Street
New York, NY 10285-3106


Aramark Refreshment Services
9627 Premier Parkway
Miramar, FL 33025


AT & T Mobility
PO Box 537104
Atlanta, GA 30353


Atech
1945 West Copans Road
Pompano Beach, FL 33064

Barbara Stewart
c/o Donna M. Ballman, P.A.
5001 S. university Drive, Suite G
Fort Lauderdale, FL 33328


BioFlorida
525 Okeechobee Blvd., Ste 1500
West Palm Beach, FL 33401


Boston Atlantic Technology, Inc
PO BOX 2128
Westford, MA 01886


Broward County Tax Collector
Government Center Annex
115 S. Andrews Avenue, Room # A100
Fort Lauderdale, FL 33301-1895


Business Wire Inc
PO Box 39000 Dept 34182
San Francisco, CA 94139


Cach, LLC c/o William C Grossman Law, PL
725 Primera Blvd., Ste 200
Lake Mary, FL 32746


CBIZ MHM, LLC
PO Box 632931
Cincinnati, OH 45263-2931


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Cintas First Aid and Safety
PO BOX 631025
Cincinnati, OH 45263


CIOX
P.O. Box 409875
Atlanta, GA 30384


Concentra - Cleveland, OH
PO Box 31420
Cleveland, OH 44131

Concentra - Southfield MI
PO Box 5012
Southfield, MI 48086


Cryo-Tech Inc
4823 SW 75th Ave
Miami, FL 33155


D-Tech
4731 W Atlantic Ave #19
Delray Beach, FL 33445


Dade Paper & Bag Co
PO Box 523666
Miami, FL 33152


David Brady
54 Blue Ridge Drive
Trumbull, CT 06611


David Laumonier
10808 Arbor View Blvd
Orlando, FL 32825


Dept. of Labor & Industries
PO Box #34974
Seattle, WA 98124


Deschenes & Farrell, P.C.
c/o Melissa E. Robbins, Esq
515 Groton Road, Suite 204
Westford, MA 01886


Diazyme Laboratories Division, General A
PO Box 392165
Pittsburgh, PA 15251-9165


Ecocomputer


Electronic Svc for Medical Offices, Inc.
10171 NW 53rd Street
Ft. Lauderdale, FL 33351

Engineered Air, LLC
2520 N Andrews Ave Ext
Pompano Beach, FL 33064


ExamOne Canada
PO Box 9608 Postal Station A
Toronto Ontario, Canada M5W 1P8


ExamOne World Wide
P O Box 201392
Dallas, TX 75320-1392


Excalibur Lab Specialists (Qiagen)
PO Box 5132
Carol Stream, IL 60197


Exceed Group
655 W. Grand Avenue, Ste 170
Elmhurst, IL 60126


Exhibits, Etc.
325 NE 2nd Ave  Ste 1002
Delray Beach, FL 33444


Fastech
2740 SW Martin Downs Blvd # 320
Palm City, FL 34990


FEDERAL EXPRESS
P.O. BOX 660481
Dallas, TX 75266-0481


Federated Law Group, PLLC
887 Donald Ross Road
North Palm Beach, FL 33408


Fisher Scientific
P O Box 404705
Atlanta, GA 30384


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Florida Department of Revenue
3301 N University Drive Ste 200
Pompano Beach, FL 33065


Freeman Co.
PO BOX 660613
Dallas, TX 75266


GBF Inc
PO Box 16128
High Point, NC 27261


Green Group Studio
8461 Lake Worth Road
Lake Worth, FL 33467


Healthcare Environmental Services
1688 Meridian Ave Ste 900
Miami Beach, FL 33139


Hinkle, Richter & Rhine, LLP
2600 NE 14th Street Cswy
Pompano Beach, FL 33062


Houck Machine
12811 16th Ave North
Plymouth, MN 55441


HPE Automation
1020 N W 6th Street, Bldg E
Deerfield Beach, FL 33442


Iggbo, Inc.
2575 Homeview Drive
Richmond, VA 23294


Imperial Dade
9601 NW 112th Ave
Miami, FL 33178


InnoVision Professional Media
PO Box 29647
Dallas, TX 75229

Inova Diagnostics, Inc.
PO Box 83358
Woburn, MA 01813


Integrated DNA Technologies
25104 Network Place
Chicago, IL 60673


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jason Underwood CPA, PLLC
PO Box 677
Signal Mountain, TN 37377


Joseph Bellanti
Georgetown University
3900 Reservoir Road
Room 308 NW
Washington, DC 20057


LifeLabs
100 International Blvd
Toronto Ontario M9W6J6


LithoPrint Corp
1121 S Military Trail #180
Deerfield Beach, FL 33442


Lojistic
3200 Park Center, Suite 500
Costa Mesa, CA


Louis A. Prigioniero, Esq
1461 S. Ocean Blvd Ste 216
Pompano Beach, FL 33062


Luminex Corporation
PO Box # 844222
Dallas, TX 75284


Markowitz, Ringel Trusty & Hartog, P.A.
101 NE 3rd Ave Suite 1210
Fort Lauderdale, FL 33301

Mayo Clinic
PO Box 9146
Rochester, MN 55480


McKesson
P.O. Box 660266
Dallas, TX 75266


Medline Industries
Dept CH 14400
Palatine, IL 60055


Melissa Data Corp.
22382 Avenida Empressa
Rancho Santa Margarita, CA 92688


Miami Scan Technologies
20533 Biscayne Blvd. Ste 4-294
Aventura, FL 33180


Microchip Direct


Mint Condition
1057 Red Ventures Drive Ste 165
Fort Mill, SC 29707


Morton Plant Hospital, Inc (Baycare)
PO Box 277205
Atlanta, GA 30384-7205


MP Biomedicals, LLC
Lockbox #74008447
Chicago, IL 60674-8447


National Molding
11311 74th St North
Largo, FL 33773


Office Depot
PO Box 88040
Chicago, IL 60680

Office ReWorks
1310 South Powerline Road Ste W
Deerfield Beach, FL 33442


Old Dominion Freight Line, Inc
PO Box 198475
Atlanta, GA 30384


Orange Pest Control
1200 Hibiscus Ave Unit 905
Pompano Beach, FL 33062


PC Connection
730 Milford Road
Merrimack, NJ 03054


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Qiagen, Inc
PO Box 5132
Carol Stream, IL 60197


Quill Corp
PO Box 37600
Philadelphia, PA 19101


Robert Darling
43241 Augustine Place
Ashburn, VA 20147


Roger Deutsch
852 S. Military Trail
Deerfield Beach, FL 33442


Roger Sheeler
14027 N. Sunflower Dr
Fountain Hills, AZ 85268


Roth & Scholl Attorneys at Law
866 South Dixie Highway
Miami, FL 33146

RR Donnelley
9125 Bachman Road
Orlando, FL 32824


SHI International, Inc.
PO Box #952121
Dallas, TX 75395


Shred-it USA LLC
28883 Network Place
Chicago, IL 60673


SL Powers
1401 Forum Way Ste 100
West Palm Beach, FL 33401


Smith Law Firm
830 North Street
Baton Rouge, LA 70802


Southeastern Printing Company, Inc.
3601 SE Dixie Highway
Stuart, FL 34997


SP Scientific
PO Box 48330
Newark, NJ 07101


Sprechman and Fisher, P.A.
2775 Sunny Isles Blvd, Ste 100
North Miami Beach, FL 33160


St Joseph's Hospital, Inc / BayCare Labs
PO Box 277214
Atlanta, GA 30384


Swiss Jewel Company
325 Chestnut Street, Ste 509
Philadelphia, PA 19106


Synoptek - 800221
412 E Parkcenter Blvd Ste 300
Boise, ID 83706

Synoptek-Hosted Emails
412 E Parkcenter Blvd Ste 300
Boise, ID 83706


Teamfreight Forwarding Company
2510 NW 97th Avenue, Ste 120
Miami, FL 33172


The National Phlebotomy Provider Network
8871 W. Flamingo Rd, Ste 202
Las Vegas, NV 89147


The Rahman Group, LLC
8905 Three Chopt Rd #B
Henrico, VA 23229


Trimech Solutions
4461 Cox Rd. Ste 302
Glen Allen, VA 23060


Triumvirate Environmental
3701 SW 47th Ave
Fort Lauderdale, FL 33314


TUV Rheinland of North America, Inc
PO Box #416473
Boston, MA 02241


TUV SUD America Inc.
10 Centenial Dr.
Peabody, MA 01960


Uline
PO Box 88741
Chicago, IL 60680


UPS PARCEL DELIVERY SERVICE
PO Box 650690
Dallas, TX 75265


UPS Professional Services, Inc.
PO Box 650690
Dallas, TX 75265

UPS Supply Chain Solutions, Inc.,IL
28013 Network Place
Chicago, IL 60673


UPS Supply Chain Solutions, Inc.DALLAS
PO Box 650690
Dallas, TX 75265


UPS-09582W Results
PO Box 7247-0244
Philadelphia, PA 19170


Wahida Karmally
900 Palisade Avenue #9C
Fort Lee, NJ 07024


Wasp Mobile
5301 N Federal Hwy, Ste 180
Boca Raton, FL 33487


Wright, Ventures
7991 N Rose Rd
Delton, MI 49046


Xerox Corporation
P.O. Box #827598
Philadelphia, PA 19182


Xerox Financial Services
PO Box 202882
Dallas, TX 75320


Xfinity (Comcast)
PO Box 105184
Atlanta, GA


Yale University
333 Cedar Street
New Haven, CT 06520


Zwicker & Associates, P.C.
1101 Laurel Oak Rd Ste 130
Voorhees, NJ 08043

Ivy Quorum Property, LLC
102 Chestnut Ridge Road
Suite 204
Montvale, NJ 07645


NEC Financial Services, LLC
250 Pehle Avenue, Suite 704
Saddle Brook, NJ 07663


Xerox Financial Services
45 Glover Ave
Norwalk, CT 06856